# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| JOEL SHANE JACKSON, | * |
| Plaintiff, | * CIVIL ACTION NO.: 2:15-cv-56 |
| v. | * |
| ADAM BELL; BENNY DELOACH; and APPLING COUNTY, | * |
| Defendants. | * |

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's December 18, 2015, Report and Recommendation, dkt. no. 8, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** as the opinion of the Court. The Court **DISMISSES** Plaintiff's claims and **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

SO ORDERED, this 25 day of July, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)